Joel E. Tasca
Nevada Bar No. 14124
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
shiroffj@ballardspahr.com

Nathan R. Marigoni
Utah Bar No. 14885
(admitted pro hac vice)
201 South Main Street, Suite 800
Salt Lake City, Utah 84111-2221
Telephone: (801) 531-3000
Facsimile: (801) 531-3001
marigonin@ballardspahr.com

*Attorneys for Plaintiff The Bank of New York Mellon, successor trustee to JPMorgan Chase Bank, National Association, as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2005-10, Mortgage Pass-Through Certificates, Series 2005-10*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE F/B/O HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST 2005-10, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10,<br><br>Plaintiff,<br><br>vs.<br><br>POSHBABY L.L.C. SERIES 6653 GOLDENCREEK WAY, a Nevada limited liability company; SMOKE RANCH MAINTENANCE DISTRICT, a Nevada non-profit corporation.<br><br>Defendant. | Case No. 2:16-cv-02802-KJD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES FOR THE LIMITED PURPOSE OF CONDUCTING DEPOSITIONS**<br><br>**(THIRD REQUEST)** |

DMWEST #17329043 v1

Pursuant to Local Rule 26-4 and the Court's Scheduling Order, Plaintiff The Bank of New York Mellon, successor trustee to JPMorgan Chase Bank, National Association, as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2005-10, Mortgage Pass-Through Certificates, Series 2005-10 ("Trustee"), Defendant Poshbaby L.L.C. Series 6653 Goldencreek Way ("Poshbaby"), and Defendant Smoke Ranch Maintenance District ("Smoke Ranch") by and through their respective counsel of record, hereby agree and respectfully submit this stipulation as follows:

Stipulated Amendment of Scheduling Order

**1.    Statement of Discovery Completed**

On October 10, 2017, the Court granted the parties second stipulation to extend discovery, which set the following relevant deadlines:

(a)    Close of Discovery: December 22, 2017

(b)    Dispositive Motions: January 22, 2018

(c)    Pretrial Order: February 21, 2017 (suspended upon the filing of dispositive motions until 30 days after decision on any dispositive motions).

Trustee has completed the following:

1. Service of its Initial Disclosures on April 4, 2017
2. Service of written discovery to Poshbaby and Smoke Ranch on June 30, 2017
3. Service of subpoenas to produce documents and for deposition to third-party Red Rock Financial Services on July 11, 2017
4. Service of Deposition Notices to Poshbaby and Smoke Ranch on December 6, 2017

Poshbaby has completed the following:

1. Service of its Initial Disclosures on April 5, 2017
2. Response to Trustee's Requests for Admission on December 13, 2017
3. Service of Deposition Notice to Trustee on December 18, 2017

Smoke Ranch has completed the following:

1. Service of its Initial Disclosures on September 8, 2017

2. Response to Trustee's written discovery on December 8, 2017

**2. Discovery that Remains to be Completed**

Trustee is awaiting remaining responses to written discovery from Poshbaby. Trustee intends to take the depositions of Poshbaby, Smoke Ranch, and other witnesses whose deposition may become necessary once Trustee receives all written discovery responses. Poshbaby intends to take the deposition of Trustee.

**3. The Reasons Why Remaining Discovery Was Not Completed**

Poshbaby and Trustee are engaged in settlement discussions that they believe may resolve this case without the need to incur the cost of conducting depositions. Additionally, certain issues regarding discovery have arisen that would require additional motion practice to resolve, which the parties believe can be avoided through settlement. Trustee is also awaiting complete discovery responses from Poshbaby which it requires to adequately prepare for and conduct a deposition of Poshbaby. Accordingly, the parties have agreed to defer depositions and litigation of these issues while settlement negotiations are ongoing in an effort to reduce the burden on the parties' and the Court's resources.

**4. Proposed Discovery Schedule**

The Parties stipulate and agree to an extension of discovery for the limited purpose of conducting depositions, subject to the following proposed deadlines:

(a) Depositions Complete and Close of Discovery: Friday, February 2, 2018

(b) Dispositive Motions: Monday, March 5, 2018

(c) Pretrial Order: Wednesday, March 28, 2018 (suspended upon the filing of dispositive motions until 30 days after decision on any dispositive motions).

///

///

///

DMWEST #17329043 v1

### 5. Trial

No trial date has been set in this matter.

Dated: December 20, 2017.

| | |
|---|---|
| BALLARD SPAHR LLP | PENGILLY LAW FIRM |
| By: /s/ Nathan R. Marigoni<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Justin A. Shiroff, Esq.<br>Nevada Bar No. 12869<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Elizabeth B. Lowell<br>James W. Pengilly, Esq.<br>Nevada Bar No. 6085<br>Elizabeth B. Lowell, Esq.<br>Nevada Bar No. 8551<br>1995 Village Center Circle, Suite 190<br>Las Vegas, Nevada 89134 |
| Nathan R. Marigoni<br>Utah Bar No. 14885<br>(admitted pro hac vice)<br>201 South Main Street, Suite 800<br>Salt Lake City, Utah 84111-2221 | *Attorneys for Defendant Smoke Ranch Maintenance District* |
| *Attorneys for Plaintiff* | |

AYON LAW

By: /s/ Luis A. Ayon
Luis A. Ayon, Esq.
Nevada Bar No. 9752
8716 Spanish Ridge Avenue
Suite 115
Las Vegas, Nevada 89148

*Attorney for Defendant Poshbaby L.L.C. Series 6653 Goldencreek Way*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12/22/2017

4

DMWEST #17329043 v1