UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, Successor Trustee to JPMorgan Chase Bank, National Association, as Trustee F/B/O Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2005-10, Certificates, Series 2005-10,<br><br>Plaintiff,<br><br>v.<br><br>POSHBABY, L.L.C. SERIES 6653 GOLDENCREEK WAY, a Nevada limited liability company, *et al.*,<br><br>Defendants. | Case No. 2:16-cv-2802-KJD-GWF<br><br>ORDER |

Presently before the Court is the Joint Motion to Dismiss Defendant Smoke Ranch Maintenance District ("Smoke Ranch") (#44) which was signed by Plaintiff and Defendant Smoke Ranch. No response in opposition has been filed. Also before the Court is the Joint Motion to Quiet Title to the Subject Property and for Dismissal with Prejudice of Defendant POSHBABY, L.L.C. SERIES 6653 GOLDENCREEK WAY, a Nevada limited liability company ("POSHBABY") (#45). This motion was signed by Plaintiff and Defendant POSHBABY. No response in opposition has been filed.

Having read and considered the motions, and good cause being found, the motions are granted.

Accordingly, IT IS HEREBY ORDERED that Title to the property commonly known as 6653 Goldencreek Way, Las Vegas, Nevada 89108 (Assessor's Parcel No. 138-14-410-062) is quieted in the name of Poshbaby LLC Series 6653 Goldencreek Way;

1       IT IS FURTHER ORDERED that the action against POSHBABY is dismissed with prejudice;

IT IS FURTHER ORDERED that the action against Defendant Smoke Ranch is dismissed without prejudice, each party to bear its own costs and fees.

IT IS FURTHER ORDERED that all other relief requested in the joint motions is **GRANTED**;

IT IS FINALLY ORDERED that the Clerk of the Court close this case.

DATED this 18th day of July 2019.

                                                   The Honorable Kent J. Dawson
                                                   United States District Judge